IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL THOMAS** | : CIVIL ACTION |
| | : |
| | : |
| **v.** | : NO. 23-4062 |
| | : |
| **UNITED STATES OF AMERICA** | : |

**O R D E R**

**AND NOW,** this 16th day of December, 2024, it is **ORDERED** that, following a bifurcated non-jury trial on the issue of liability only, judgment on liability is entered in favor of Plaintiff and against Defendant.

The percentage of negligence attributed to Defendant is 100%.

The percentage of negligence attributed to Plaintiff is 0%.

Trial on damages will take place on a future date to be determined.

BY THE COURT:

/s/ Jeffrey L. Schmehl
JEFFREY L. SCHMEHL, J.